UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RYAN BAILEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:20-cv-01220-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 19) |

On June 10, 2021, a stipulation was filed to extend time for Defendant to file a response to Plaintiff's opening brief.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to the opening brief on or before **July 14, 2021**; and

2. Plaintiff's reply, if any, shall be filed on or before **July 29, 2021**.

IT IS SO ORDERED.

Dated:   **June 11, 2021**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE