# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RYAN BAILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01220-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 21) |

Eric Ryan Bailey ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On July 12, 2021, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 21.) Pursuant to the terms of the stipulation, the Appeals Council will instruct the Administrative Law Judge ("ALJ") to further develop and determine if the Plaintiff experienced medical improvement or whether one of the exceptions to medical improvement applies pursuant to 20 C.F.R. 416.994. (Id.) If the ALJ is unable to locate the Plaintiff's prior file, the ALJ shall make specific findings consistent with the regulations, including whether an attempt should be made to reconstruct portions of the missing file relevant to the most recent favorable medical decision pursuant to 20 C.F.R. 416.994(b)(2)(iv)(E). (Id.) Additionally, the ALJ shall further consider the Plaintiff's substance abuse pursuant to Social Security Ruling 13-2p. Finally, the

ALJ shall further evaluate the Plaintiff's residual functional capacity, if warranted, obtain evidence from a medical expert related to the nature and severity of the functional limitations resulting from Plaintiff's impairments, and obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations. (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Eric Ryan Bailey and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: __**July 13, 2021**__

UNITED STATES MAGISTRATE JUDGE